# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of February, two thousand twenty-one.

Before:    Robert A. Katzmann,
              *Circuit Judge*,*
        Victor Marrero,
              *District Judge*.**

_____

| | |
|---|---|
| Claudia Gayle, et al., | **ORDER** |
|     Plaintiffs - Appellees, | Docket No. 12-4764 |
| v. | |
| Harry's Nurses Registry, Inc., Harry Dorvilien, | |
|     Defendant-Appellants. | |

_____

    Appellants move the Court to recall the mandate and reinstate this appeal. They also request leave to file an oversized motion.

    IT IS HEREBY ORDERED that the motions are DENIED.

                                      For the Court:
                                      Catherine O'Hagan Wolfe,
                                      Clerk of Court

_____

*Judge Ralph K. Winter, who was originally a member of the panel, has passed away. The remaining two members of the panel, who are in agreement, have determined the motion. *See* 28 U.S.C. § 46(d); 2d Cir. IOP E(b).
**Judge Victor Marrero, United States District Judge for the Southern District of New York, sitting by designation.